IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLEVELAND AIR SERVICE, INC.                                                                      PLAINTIFF

V.                                                                             CAUSE NO. : 4:13CV161-SA-SAA

PRATT & WHITNEY CANADA, et al.                                                          DEFENDANTS

ORDER GRANTING MOTION TO WITHDRAW

This case was removed in September of 2013 and assigned to the undersigned. After the Clerk of Court entered default against Pratt & Whitney Canada, Plaintiff moved for a Motion for Default Judgment [10]. Plaintiff also filed a Motion for Damages [11] that same day. Plaintiff now seeks to set aside the Clerk's Entry of Default and withdraw the motions filed. Plaintiff and Defendant Pratt & Whitney have apparently agreed to the withdrawal on the basis that Pratt & Whitney Canada (a) will not contest the personal jurisdiction of this Court, (b) will not allege insufficiency of process or service of process, and (c) will reimburse the costs incurred by Plaintiff in serving process on said Defendant.

The Court GRANTS the Motion to Withdraw [14]. The Clerk's Entry of Default is hereby SET ASIDE, and Plaintiff's Motion for Default Judgment [10] and Motion for Damages [11] are TERMINATED.

SO ORDERED, this the 4th day of November, 2013.

                                                                             **/s/ Sharion Aycock**
                                                                             **U.S. DISTRICT JUDGE**